IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY JOHNSON,

    Plaintiff,                   No. CIV S-08-1494 DAD P

    vs.

CARROL, et al.,

    Defendants.           ORDER

_____/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of February 12, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's February 27, 2009, request for an extension of time (Doc. No. 12) is granted; and

    2. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

DATED: March 5, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
john1494.36amc