IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY JOHNSON,

    Plaintiff,                   No. 2:08-cv-1494 KJN P

    vs.

CARROL, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a California state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983. The Court finds appointment of counsel is warranted. (Dkt. No. 26.) Attorney R. Shanti Brien has been selected from the Court's pro bono attorney panel to represent plaintiff and she has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. R. Shanti Brien is appointed as counsel for plaintiff in the above entitled matter.

        2. Plaintiff's counsel may, within 28 days after the filing date of this order, file a motion seeking reasonable modification of the dates set forth in the Discovery And Scheduling Order filed on February 11, 2011 (Dkt. No. 24); defendants' counsel shall file a reply within 7

1  days after service of such motion.  Alternatively, both counsel may, within 28 days after the
2  filing date of this order, submit a stipulation requesting modification of the scheduling order to
3  agreed-upon dates.
4       3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at
5  spark@caed.uscourts.gov if she has any questions related to the appointment.
6       4.  The Clerk of Court is directed to serve a copy of this order upon R. Shanti
7  Brien, Attorney at Law, 4200 Park Boulevard, #108, Oakland, California 94602.
8       SO ORDERED.
9  DATED:  April 20, 2011

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

john1494.31