IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY L. JOHNSON,

        Plaintiff,                No. 2:08-cv-1494 KJN P

        vs.

CARROLL, et al.,                  [Proposed ORDER] Re: STIPULATED REQUEST
FOR MODIFICATION OF DISCOVERY AND

        Defendants.         SCHEDULING ORDER

_____/

        Pursuant to this court's order filed April 20, 2011, plaintiff and defendants have

filed a stipulated request for modification of the discovery and scheduling order, issued February

11, 2011.  (See Dkt. No. 28 (Stipulation).)

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Request for Modification of the Discovery and Scheduling Order is

approved; and

        2.  The Discovery and Scheduling Order shall be amended, as follows:

        a.     Discovery may be conducted until September 1, 2011; all

              requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34

              or 36, shall be served not later than July 1, 2011; and

////

1

1      b.      All pretrial motions, except motions to compel discovery,

2              shall be filed on or before December 30, 2011.

3          SO ORDERED.

4   DATED:  May 19, 2011

5

6   _____
    KENDALL J. NEWMAN

7   UNITED STATES MAGISTRATE JUDGE

8   john1494.stip.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26