IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY L. JOHNSON,

    Plaintiff,                   No. 2:08-cv-1494 KJN P

    vs.

CARROLL, et al.,                ~~PROPOSED~~ ORDER ON STIPULATED REQUEST FOR MODIFICATION OF

    Defendants.           DISCOVERY AND SCHEDULING ORDER

_____/

        The plaintiff and defendants have filed a stipulated request for modification of the discovery and scheduling order issued February 11, 2011 (Docket No. 24), previously modified on May 20, 2011 (Docket No. 29).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Discovery may be conducted until November 1, 2011; all requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36, shall be served not later than September 15, 2011; and

////

////

////

////

1

2. All pretrial motions, except motions to compel discovery, shall be filed on or before February 28, 2012.

3. All other portions of the Discovery and Scheduling Order shall remain the same.

IT IS SO ORDERED.

DATED: September 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE