IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY JOHNSON,

     Plaintiff,                     No. 2:08-cv-1494 KJN P

    vs.

CARROL, et al.,

     Defendants.        ORDER

_____/

        On February 28, 2012, defense counsel filed a motion for summary judgment and set the matter for hearing on March 29, 2012. (Dkt. Nos. 33, 34.) Plaintiff's appointed counsel has filed a motion to continue to the hearing on defendants' motion, on the following grounds:

> This is plaintiff's first request for a continuance of the hearing on the Motion for Summary Judgment. [¶] This continuance is being sought for good cause. The continuance is being requested because plaintiff's counsel has deadlines in other cases that prevent her from adequately preparing an opposition to the Motion for Summary Judgment before the deadline. Also, plaintiff's counsel has pre-paid vacations set for March 21-23 and April 9-13, 2012. Defendants' attorney, Matthew Wilson, indicated on March 6, 2012, that he was not opposed to this continuance.

(Dkt. No. 35 at 1.) Plaintiff's counsel requests that the hearing be continued to May 10, 2012.

////

////

1   For good cause shown, IT IS HEREBY ORDERED that plaintiff's motion (Dkt. No. 35) to continue the hearing on defendants' motion for summary judgment is granted. The parties shall abide by the deadlines set forth in the Local Rules for filing their opposition and reply to the motion for summary judgment.

SO ORDERED.

DATED: March 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john1494.eot.hrng