IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSHAY L. JOHNSON,

    Plaintiff,                       No. 2:08-cv-1494-JAM-KJN-P

  vs.

CARROLL, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 7, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed June 7, 2012, are adopted in full.

2. Defendants Medinna, Abella, Fernandez, Ramirez and Fry are dismissed from this action, pursuant to plaintiff's earlier decision to dismiss these defendants and proceed on his Amended Complaint (see Dkt. Nos.17-19).

3. Defendants' motion for summary judgment (Dkt. No. 33), is granted in part and denied in part.

4. Summary judgment is granted for defendants on plaintiff's Eighth Amendment sexual harassment claim against defendant J. Johnson; on plaintiff's Eighth Amendment excessive force claim against defendant Fowler; and on plaintiff's First Amendment retaliation and conspiracy claims against defendants Sisto and Cervantes.

5. This action proceeds on the following claims against the following defendants:

    a. Against defendants Carroll and Sisto, on plaintiff's First Amendment free exercise claims, and Fourteenth Amendment equal protection claims; and

    b. Against defendants J. Johnson, Fowler, Jackura, San Nicholas, and Kesterson on plaintiff's First Amendment retaliation and conspiracy claims.

DATED: August 28, 2012

                    /s/ John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE