# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

OSHAY L. JOHNSON,

        Plaintiff,                No. 2:08-cv-1494 JAM KJN P

   vs.

CARROLL, et al.,,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
_____/       **AD TESTIFICANDUM**

      **Oshay Lamar Johnson, inmate # H74683**, a necessary and material witness in settlement proceedings in this case on Tuesday, December 11, 2012, is confined in the California Medical Facility, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the **Honorable Kendall J. Newman, United States District Court, Eastern District of California, 501 I Street, Courtroom No. 25 (8th Floor), Sacramento, California 95814, on Tuesday, December 11, 2012, at 9:00 a.m.**

      **ACCORDINGLY, IT IS HEREBY ORDERED that:**

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the California Medical Facility Warden to produce the inmate named above to participate in a settlement conference in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the California Medical Facility;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, CALIFORNIA MEDICAL FACILITY, 1600 California Drive, P.O. Box 2000, Vacaville, CA 95696-2000:**

      **WE COMMAND** you to produce the inmate named above to participate in settlement proceedings before the United States District Court, at the time and place noted above.

      **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED:  October 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john1494.841.writ