Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Oshay Johnson

         Plaintiff(s)

vs.

Carroll, et al.

         Defendants.

No. 2:08-cv-1494-JAM-KJN-P

2:08-1494

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, R. Shanti BRIen, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 20, 2011, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1. Depositions of two defendants, Fowler and Johnson, located at California State Prison, Solano on October 27, 2011. The round trip from my office in Oakland to CSP Solano is 102 miles.
2. Visit with the client at California Medical Facility on January 4, 2012 regarding the status of the case. The round trip mileage was 102 miles.
3. Attendance at the hearing on the Motion for Summary Judgment at the Eastern District of California courthouse in Sacramento on May 10, 2012. The round trip mileage was 166 miles.
4. Attendance at the settlement conference at the Eastern District of California on December 11, 2012. The round trip mileage will be 166 miles.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 288.30.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-cv-1494-JAM-KJN-P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 102.00 | Travel to visit plaintiff on May 17, 2011 and August 30, 2011 | 102.00 |
| 279.20 | Photocopies of prison records | 279.20 |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of December, 20 12, at Oakland, California.

R. Shanti Brien

Attorney for Plaintiff(s)

The above expenditure is  ✓  Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 12/5/12

United States District Judge/Magistrate